```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
MARIE FLAHERTY,                                             :
                              Plaintiff,                    :
                                                            :      22 Civ. 2642 (LGS)
-against-                                                   :
                                                            :           ORDER
LINDSEY S. DIXON, ET AL.,                                   :
                              Defendants.                   :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on March 31, 2022, Defendant Lindsey S. Dixon filed a Notice of Removal in this case (Dkt. No. 1);

WHEREAS, on April 6, 2022, Defendant filed a pre-motion letter setting forth grounds for a proposed motion to dismiss the complaint and requesting a briefing schedule (Dkt. No. 4);

WHEREAS, Defendant filed a certificate of service suggesting that she had not yet served any of the papers filed in this Court on Plaintiff, and that she erroneously expected such service to be effected through the ECF system (Dkt. No. 5). It is hereby

**ORDERED** that Plaintiff shall file a letter responding to Defendant's letter at Dkt. No. 4 by **April 20, 2022**. Plaintiff's letter shall also state whether Plaintiff plans to move to remand the case to state court and the grounds for any such motion, and whether Plaintiff plans to join any additional parties. It is further.

**ORDERED** that Defendant shall serve a copy of this Order by **April 12, 2022**, together with copies of the Notice of Removal and all supporting documents at Dkt. No. 1, and a copy of the pre-motion letter at Dkt. No. 4, on Plaintiff by email at mflaherty0777@gmail.com, which Defendants have represented is Plaintiff's email address.

The Clerk of Court is respectfully directed to mail a copy of this Order, together with the Notice of Removal and all supporting documents at Dkt. No. 1, and a copy of the pre-motion letter at Dkt. No. 4, to pro se Plaintiff Marie Flaherty at the address that Defendants represent is Plaintiff's: 511 Avenue of the Americas, #310, New York, New York 10011.

Dated: April 8, 2022
      New York, New York

                                               LORNA G. SCHOFIELD
                                           UNITED STATES DISTRICT JUDGE