UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
MARIE FLAHERTY,
                                 Plaintiff,

                                22 Civ. 2642 (LGS)

               -against-

                                <u>ORDER</u>

LINDSEY S. DIXON, et al.,
                                 Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, on April 7, 2022, Defendant filed a pre-motion letter concerning a proposed motion to dismiss the First Amended Complaint (Dkt. No. 4);

      WHEREAS, on April 20, 2022, Plaintiff filed a letter responding to Defendant's letter and stating an intention to move for leave to file a second amended complaint (Dkt. No. 12);

      WHEREAS, on May 2, 2022, Plaintiff filed a letter seeking leave to file a second amended complaint (Dkt. No. 14);

      WHEREAS, the Order dated May 4, 2022, directed Plaintiff to file by May 20, 2022, a letter attaching a proposed second amended complaint (Dkt. No. 15);

      WHEREAS, Plaintiff has not filed a letter or proposed second amended complaint. It is hereby

      **ORDERED** that Plaintiff shall file a letter attaching a proposed second amended complaint by **June 3, 2022**. If Plaintiff does not file the letter and proposed second amended complaint by June 3, 2022, leave to file a second amended complaint will be denied, and the Court will consider Defendant's motion to dismiss the First Amended Complaint on the following schedule: Defendant shall file a motion to dismiss by **June 17, 2022**; Plaintiff shall file

an opposition by **July 8, 2022**; Defendant shall file a reply by **July 15, 2022**. Memoranda of law in support of and in opposition to the motion shall not exceed 25 double-spaced pages, and Defendant's reply shall not exceed 10 double-spaced pages, in accordance with the Court's Individual Rules and Practices in Civil Cases § III(B)(1).

Dated: May 24, 2022
      New York, New York

<em>[signature]</em><br>
LORNA G. SCHOFIELD<br>
UNITED STATES DISTRICT JUDGE