UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MARIE FLAHERTY,
                        Plaintiff,

                                                   22 Civ. 2642 (LGS)
             -against-

                                                   ORDER
LINDSEY S. DIXON, et al.,
                       Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, a conference was held in this case on June 29, 2022.  It is hereby

      ORDERED that, by **July 20, 2022**, the parties shall exchange initial disclosures as required by Federal Rule of Civil Procedure 26(a)(1)(A).  It is further

      ORDERED that all other discovery is stayed until further order of the Court.

Dated: June 30, 2022
       New York, New York

                                               LORNA G. SCHOFIELD
                                           UNITED STATES DISTRICT JUDGE