

Littler Mendelson, P.C.
900 Third Avenue
New York, NY  10022.3298

Eli Z. Freedberg
212.583.2685 direct
212.583.9600 main
efreedberg@littler.com

July 8, 2022

**VIA ECF**

Honorable Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

  **Re:** **Marie Flaherty v. Lindsey S. Dixon,** No. 22 Civ. 2642 (LGS)

Dear Judge Schofield:

This firm represents Defendant Lindsey S. Dixon in the above-referenced matter. We write to respectfully request a 1-week extension to file Defendant's motion to dismiss Plaintiff's amended complaint. If the Court grants the extension, the new deadline to file the motion will be July 15, 2022.  **Plaintiff has consented to request**.  This is the first request for an adjournment and the adjournment will not affect any other deadlines in the case.  The reason for the request is that a new attorney has been assigned to this matter and will need additional time to get up to speed on the file.

                Respectfully submitted,

                 /s/
                Eli Z. Freedberg
                Gary Moy
                *Attorneys for Defendant*

Cc: Marie Flaherty, Plaintiff *pro se* (via ECF)[1]
   511 Avenue of the Americas, #310
   New York, NY 10011
   646.400.0064

Application GRANTED nunc pro tunc.  Defendant shall file her motion by **July 15, 2022**.  Plaintiff shall file her opposition by **August 5, 2022**.  Defendant shall file her reply by **August 12, 2022**.

Dated: July 11, 2022
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff has consented to electronic service.  (See D.E. No. 11)

littler.com