UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
                                                              :
MARIE FLAHERTY,                                               :
                Plaintiff,                          :
                                              :                22 Civ. 2642 (LGS)
              -against-                                    :
                                              :                    ORDER
LINDSEY S. DIXON, et al.,                                     :
                Defendants.                        :
                                                              :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, on April 26, 2023, Defendant Lindsey Dixon filed a pre-motion letter stating her intent to file a motion to dismiss Plaintiff's Second Amended Complaint ("SAC");

       WHEREAS, in the interest of preserving judicial and the parties' time and resources, all Defendants shall be served process before the filing of motions to dismiss;

       WHEREAS, the Order dated April 27, 2023, instructed the parties to alert the Court within two days of service on all named Defendants;

       WHEREAS, pursuant to Federal Rule of Civil Procedure 4(m), if a defendant is not served within ninety (90) days after the complaint is filed, the court -- on motion or on its own after notice to the plaintiff -- must dismiss the action without prejudice against that defendant or order that service be made within a specified time. The SAC was filed March 21, 2023, so all defendants must be served by June 19, 2023.

       WHEREAS, no proof of service has been filed for Defendants Amazon.com, Inc., Davy Cumberland, John Doe, Steve Doe, Prime New LLC, Ebrima Doe, Whole Foods Market Group, Inc., Johanna Doe or Does 11-50.  It is hereby

       **ORDERED** that, by **June 9, 2023**, Plaintiff shall file a letter, not to exceed two pages, describing efforts to serve Defendants by June 19, 2023, or shall file proof of service of those Defendants.  Alternatively, by **June 9, 2023**, Plaintiff shall voluntarily dismiss unserved Defendants.

Dated: May 31, 2023
       New York, New York

                                                                                  LORNA G. SCHOFIELD
                                                                                  UNITED STATES DISTRICT JUDGE