```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
   MARIE FLAHERTY,                                          :
                              Plaintiff,                    :
                                                            :     22 Civ. 2642 (LGS)
                -against-                                   :
                                                            :           ORDER
   LINDSEY S. DIXON, et al.,                                :
                              Defendants.                   :
                                                            :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated June 2, 2023, instructed Plaintiff to furnish proof of service of all Defendants by June 20, 2023. She has filed proof of service or proof of waiver of service for all Defendants except unidentified Doe Defendants;

WHEREAS, on June 19, 2023, Plaintiff filed a proposed certificate of default against Defendant Davy Cumberland, who was served process on April 24, 2023, and was to answer, move or otherwise respond to Plaintiff's Complaint by May 15, 2023;

WHEREAS, attorneys Eli Freedberg and Gary Moy of Littler Mendelson purport to represent Defendants Lindsey S. Dixon, Amazon.com, Inc., Prime Now LLC and Whole Foods Market Group, Inc., but have appeared only on behalf of Defendant Dixon. It is hereby

**ORDERED** that Eli Freedberg and Gary Moy shall file a notice of appearance for any Defendants they represent (including Amazon.com, Inc., Prime Now LLC and Whole Foods Market Group, Inc.) by **June 29, 2023**. It is further

**ORDERED** that Defendants shall jointly file their motion to dismiss by **July 21, 2023**. Plaintiff shall respond by **August 18, 2023**. Defendants shall reply by **August 30, 2023**. All filings, including page limits, shall comply with the Court's Individual Rules. It is further

**ORDERED** that by **July 14, 2023**, Plaintiff shall file a motion for default judgment against Defendant Davy Cumberland.

Dated:  June 26, 2023
       New York, New York

                                                LORNA G. SCHOFIELD
                                          UNITED STATES DISTRICT JUDGE