UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARIE FLAHERTY,

                Plaintiff,

-against-

LINDSEY S. DIXON, in her individual and professional capacities, AMAZON.COM, INC., PRIME NOW LLC, WHOLE FOOD SMARKET GROUP, INC., DAVY CUMBERLAND, in his individual and professional capacities, "STEVE DOE," in his individual and professional capacities, "PHIL DOE," in his individual and professional capacities, "JOHANNA DOE," in her individual and professional capacities, "EBRIMA DOE," in his individual and professional capacities, "JOHN DOE," in his individual and professional capacities, and DOES 11- 50,

                Defendants.

---

22-CV-2642 (JGLC)

**NOTICE OF REASSIGNMENT**

JESSICA G. L. CLARKE, United States District Judge:

      This case has been reassigned to the undersigned. Unless and until the Court orders otherwise, all prior orders, dates and deadlines shall remain in effect notwithstanding the case's reassignment, except that any currently scheduled conference or oral argument before the Court, including the hearing scheduled for August 9, 2023 (ECF No. 135), is adjourned pending further order of the Court. **All counsel must familiarize themselves with the Court's Individual Rules and Practices, which are available at https://nysd.uscourts.gov/hon-jessica-g-l-clarke.**

Dated: August 4, 2023
       New York, New York

                                          SO ORDERED.

                                          *Jessica Clarke*

                                          JESSICA G. L. CLARKE
                                          United States District Judge